**Curtis Dale RICHARDSON,
Plaintiff—Appellant,**

v.

**Willie EAGLETON, Warden, Evans Correctional Institution; Jonathan E. Ozmint, Director, SCDC, Defendants—Appellees.**

No. 05–6611.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 20, 2005.

Decided Oct. 26, 2005.

Curtis Dale Richardson, Appellant Pro Se. Edgar Lloyd Willcox, II, Willcox, Buyck & Williams, P.A., Florence, South Carolina, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Dale Richardson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Richardson v. Eagleton*, No. CA–01–2553–1 (D.S.C. Mar. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*